ACCEPTED
01-14-00880-cv
FIRST COURT OF APPEALS
HOUSTON, TEXAS
8/25/2015 4:52:26 PM
CHRISTOPHER PRINE
CLERK

**CAUSE NO. 01-14-00880-CV**

IN THE FIRST COURT OF APPEALS
HOUSTON, TEXAS

THEAOLA ROBINSON
Appellant,

v.

KTRK TELEVISION, INC.,
Appellee.

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS

8/25/2015 4:52:26 PM

CHRISTOPHER A. PRINE
Clerk

Appealed from the 234th District Court
Harris County, Texas

**APPELLEE KTRK TELEVISION, INC.'S
SECOND MOTION FOR EXTENSION OF TIME TO FILE APPELLEE'S
BRIEF, OR IN THE ALTERNATIVE,
MOTION TO SUSPEND BRIEFING DEADLINES**

Catherine Lewis Robb
State Bar No. 24007924
Catherine.robb@haynesboone.com
*Laura Lee Prather
State Bar No. 16234200
Laura.prather@haynesboone.com
HAYNES AND BOONE, LLP
600 Congress Avenue
Suite 1300
Austin, Texas 78701
Telephone: (512) 867-8400
Facsimile: (512) 867-8470

COUNSEL FOR APPELLEE
KTRK TELEVISION, INC.

*Lead counsel for Appellee

## APPELLEE'S SECOND MOTION TO EXTEND TIME
## TO FILE APPELLEE'S BRIEF, OR IN THE ALTERNATIVE,
## MOTION TO SUSPEND BREIFING DEADLINES

Appellee, KTRK Television, Inc. (hereinafter "KTRK" or "Appellee"), requests an extension of time to file its Appellee's Brief. This is the second extension sought by Appellee. The requested extension is 30 days, which would place the briefing deadline on September 25, 2015. In the alternative, KTRK Moves to suspend the briefing deadlines in this appeal, specifically KTRK's deadline to file its Appellee's Brief, until the Court rules on Appellee's pending Motion to Dismiss.

## I.
## INTRODUCTION

KTRK's Brief is currently due on August 26, 2015. On July 23, 2015, prior to its original briefing deadline, KTRK filed a Motion to Dismiss the appeal on the grounds that this Court lacks jurisdiction over the issues currently being appealed, and that Appellant, Theaola Robinson (hereinafter "Robinson"), has repeatedly failed to comply with the Texas Rules of Appellate Procedure. Facing Robinson's sixth attempt to overturn this Court's prior ruling, KTRK also requested Robinson be declared a vexatious litigant and be prohibited from filing additional pleadings. This Court granted Appellee's first request for an extension of time to file its brief. Therefore, Appellee's Brief is now due to be filed on August 26, 2015.

1

## II.
## ARGUMENT & AUTHORITIES

The Court has the authority under Texas Rule of Appellate Procedure 38.6(d) to extend the time to file a brief. One previous extension has been granted to extend the time to file Appellee's Brief. There is not a specific deadline to file this motion to extend time. *See* Tex. R. App. P. 38.6(d). Because Appellee has filed a Motion to Dismiss regarding a threshold matter as to whether this Court has jurisdiction over the appeal filed by Robinson, which Appellee believes the Court does not, and because Appellee is waiting for this Court to adjudicate Appellee's previously filed Motion to Dismiss, Appellee requests an additional 30 days to file its brief, extending the time until September 25, 2015.

Appellee requests an additional 30 days to file its brief because Appellee believes this Court does not have jurisdiction over this appeal under the law of the case doctrine and would hope to receive guidance from this Court in the form of a ruling on its Motion to Dismiss, prior to doing additional and unnecessary briefing. Thus, Appellee is uncertain if this Court will need further briefing from Appellee before it can make a determination on Appellee's Motion to Dismiss. This request is not made for the purpose of delay but for the purpose of judicial economy.

As a result, Appellee KTRK requests that this Court grant it an additional 30 days to file its brief, which will give this Court time to review and, Appellee hopes, determine whether Appellee's Motion to Dismiss should be granted. In the

alternative, Appellee KTRK would request that this Court exercise its authority under Texas Rule of Appellate Procedure 2 to suspend the briefing rules in this case until this Court has reached a determination on the merits of Appellee's Motion to Dismiss.

## **PRAYER**

For the above reasons, Appellee asks the Court to grant it an extension of time to file its brief until September 25, 2015, or in the alternative, to suspend Appellee's briefing deadline in this case until this Court makes a determination on the merits of Appellee's Motion to Dismiss filed on July 23, 2015.

Respectfully Submitted,

HAYNES AND BOONE, LLP

/s/ Catherine L. Robb
Laura Lee Prather
State Bar No. 16234200
Laura.prather@haynesboone.com
Catherine Lewis Robb
State Bar No. 24007924
Catherine.robb@haynesboone.com
600 Congress Avenue, Suite 1300
Austin, Texas 78701
Telephone:　(512) 867-8400
Facsimile:　(512) 867-8470

COUNSEL FOR KTRK TELEVISION,
INC., APPELLEE

## CERTIFICATE OF CONFERENCE

I certify that on August 25, 2015, I conferred with Ms. Robinson regarding this motion and she advised that she does not oppose Appellee's request for a thirty day extension.

/s/ Catherine L. Robb
Catherine L. Robb

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served on the following parties this the 25th day of August, 2015 via certified mail, return receipt requested:

Theaola Robinson
5505 Jensen Drive
Houston, Texas 77028

/s/ Laura Lee Prather
Laura Lee Prather